Gregory CAUDLE

v.

STATE

CR-13-0087

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Wesley MEAD

v.

STATE

CR-13-0126

Court of Criminal Appeals of Alabama.

02/23/2015

Dismissed

Mesiah ABERCROMBIE

v.

STATE

CR-13-0125

Court of Criminal Appeals of Alabama.

01/30/2015

Dismissed

Freddy MYLES, Jr.

v.

STATE

CR-13-0132

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed